Dolores E. Gonzales, Esq. (Bar No. 171306)
James R. Robertson, Esq. (Bar No. 204923)
BRAVO LAW GROUP, A.P.C.
4025 Camino Del Rio South, Suite 300
San Diego, CA 92108
Telephone: (858) 300-1900
Facsimile: (858) 300-1910

Attorneys for Defendant
JAYCO, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – BAKERSFIELD DIVISION

| | |
|---|---|
| KEVIN H. SCOTT, an individual; and JACQIE L. SCOTT, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> JAYCO, INC., a Delaware Corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 1:19-cv-00315-JLT <br><br> STIPULATION OF ALL PARTIES AND JOINT MOTION TO CONTINUE DATE FOR JURY TRIAL AND PRE-TRIAL CONFERENCE; [~~PROPOSED~~] ORDER <br> (Doc. 54) |

  The Parties hereby stipulate and respectfully request this Court, the Hon. Jennifer L. Thurston presiding, to continue the scheduled Pre-Trial Conference from June 1, 2020, to September 14, 2020 and the Jury Trial start date from July 13, 2020 to November 16, 2020, or other later dates convenient to Court.

  Good cause, pursuant Federal Rule of Civil Procedure 16(b)(4), exists as set forth for this continuance below.

1. Because of the continuing Coronavirus (COVID19) health crisis and the "Stay at Home" Orders issued by the State of California (CA Executive Order N-33-20, et al) and similar orders issued by the State of Indiana, primary business location for Defendant Jayco, Inc., the parties and their counsel have not been able to adequately engage and prepare for trial and related final pre-trial matters. With non-essential businesses ordered closed and non-essential travel restricted, counsel for both parties have limited access to services and vendors and have no clear timeline for resumption of witness, expert, and pre-trial preparation.

2. Both Parties' counsel anticipate confusion and scheduling difficulty resulting from various Court and business closures related to COVID19. Counsel are in agreement that the best approach to alleviate some of the anticipated difficulty, where possible, is for short stipulated trial continuances to later dates certain.

3. The parties further agree that this requested continuance will not prejudice any party to the action.

## JOINT MOTION

NOW THEREFORE, the Parties Stipulate and request as follows:

1. The Pre-Trial Conference, currently scheduled for June 1, 2020, at 10:00 am, be continued to September 14, 2020, at 10:00 am, or other later date convenient to the Court.

2. The Jury Trial, currently scheduled for July 13, 2020, at 8:30 am, be continued to November 16, 2020, at 8:30 am, or other later date convenient to the Court.

The undersigned have read and hereby agree to comply with and be bound by all of the terms and provisions of the foregoing Joint Motion. This Joint Motion may be signed by the parties in multiple counterparts and/or electronic signatures shall be effective as originals.

///

///

DATED:  May 8, 2020                    Bravo Law Group, A.P.C.


                                        By:    /s/ James R. Robertson_____
                                               JAMES R. ROBERTSON
                                               Attorneys for Defendant


DATED:  MAY 14, 2020                   Law Offices of Jon Jacobs


                                        By:    /s/ __Terry L. Baker_____
                                               TERRY L. BAKER
                                               Attorneys for Plaintiffs

### [PROPOSED] ORDER

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The pretrial conference is CONTINUED to November 20, 2020 at 9:30 a.m.
2. The trial is CONTINUED to January 25, 2021 at 8:30 a.m.

IT IS SO ORDERED.

   Dated:  **May 14, 2020**                    /s/ Jennifer L. Thurston
                                              UNITED STATES MAGISTRATE JUDGE