# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN H. SCOTT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAYCO INC., <br><br> Defendant. | Case No.: 1:19-cv-00315 - JLT <br><br> ORDER GRANTING STIPULATION CONTINUING THE TRIAL AND PRETRIAL CONFERENCE DATES <br><br> (Doc. 56) |

The stipulation (Doc. 56) of the parties to continue the trial and pretrial conference dates is GRANTED as follows[1]:

1. The pretrial conference is CONTINUED to February 17, 2021 at 10:00 a.m.;

2. The trial is CONTINUED to April 19, 2021 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **November 9, 2020**        **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are advised that the Court has no certainty that the trial will occur in April, because the Court has no basis upon which to conclude whether the COVID-19 pandemic or other caseload requirements will allow for it.