Dolores E. Gonzales, Esq. (Bar No. 171306)
James R. Robertson, Esq. (Bar No. 204923)
BRAVO LAW GROUP, A.P.C.
4025 Camino Del Rio South, Suite 300
San Diego, CA 92108
Telephone: (858) 300-1900
Facsimile: (858) 300-1910

Attorneys for Defendant
JAYCO, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – BAKERSFIELD DIVISION

| | |
|---|---|
| KEVIN H. SCOTT, an individual; and JACQIE L. SCOTT, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>JAYCO, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:19-cv-00315-JLT<br><br>[~~PROPOSED~~] ORDER ON STIPULATION OF ALL PARTIES TO SET SETTLEMENT CONFERENCE; WAIVER OF DISQUALIFICATION OF TRIAL JUDGE TO CONDUCT SETTLEMENT CONFERENCE; AND TO CONTINUE DATE FOR PRE-TRIAL CONFERENCE;<br><br>(Doc. 61) |

Based upon the joint request for a settlement conference and accepting their waiver of judicial disqualification, the Court **ORDERS**:

1. The Court sets a settlement conference on **July 14, 2021 at 8:30 a.m.** via video conference[1]. All parties and trial counsel **SHALL** appear at the conference and they **SHALL** be prepared to participate in good faith and in the spirit of compromise;

///

---

[1] The Court will provide connection details as the conference date approaches.

2. The pre-trial conference is CONTINUED to August 2, 2021 at 9:00 a.m.

IT IS SO ORDERED.

Dated: **June 18, 2021**              **_ /s/ Jennifer L. Thurston**
                                       CHIEF UNITED STATES MAGISTRATE JUDGE