UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN H. SCOTT, et al., </br></br> Plaintiffs, </br></br> v. </br></br> JAYCO INC., </br></br> Defendant. | Case No.: 1:19-cv-00315 - JLT </br></br> ORDER AFTER NOTICE OF SETTLEMENT |

The parties reported that they have settled the matter. (Doc. 64) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than August 31, 2021**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: __July 21, 2021__         _____ /s/ Jennifer L. Thurston
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE