# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN H. SCOTT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAYCO INC., <br><br> Defendant. | Case No.: 1:19-cv-00315 - JLT <br><br> ORDER RE: FILING DISMISSAL DOCUMENTS <br> (Doc. 68) |

The parties settled the matter and have agreed the plaintiff may file a motion for fees and costs (Doc. 68). Thus, the Court **ORDERS:**

1. The motion for fees and costs SHALL be filed no later than October 29, 2021.
2. The Court will address the dismissal of the action after the motion is decided.

IT IS SO ORDERED.

Dated: **September 30, 2021**                    **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE