Chad A. David (SBN 327293)
**LAW OFFICES OF JON JACOBS**
One Ridgegate Dr., Suite 245
Temecula, CA 92590
Telephone: (916) 663-6400
Facsimile: (916) 663-6500
chad@lemonbuyback.com

Attorneys for Plaintiffs
KEVIN SCOTT and
JACQIE SCOTT

Dolores E. Gonzales (SBN 171306)
James R. Robertson (SBN 204923)
**BRAVO LAW GROUP, A.P.C.**
4025 Camino Del Rio South, Suite 300
San Diego, CA 92108
Telephone: 858.300.1900
Facsimile: 858.300.1910
dolores.gonzales@bravolawgroup.com
james.robertson@bravolawgroup.com

Attorneys for Defendant
JAYCO INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN H. SCOTT, an individual; and JACQIE L. SCOTT, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> JAYCO INC., a Delaware Corporation; and DOES 1 to 20, Inclusive, <br><br> Defendant(s). | Case No. 1:19-cv-00315-LJO-JLT <br><br> **STIPULATION OF DISMISSAL** |

*IT IS HEREBY STIPULATED* by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed **WITH** prejudice pursuant to FRCP 41(a)(1)(A)(ii).

[*SIGNATURES ON FOLLOWING PAGE*]

| | |
|---|---|
| Dated: January 19, 2022 | LAW OFFICES OF JON JACOBS |
| | |
| | */S/ Chad A. David* |
| | _____ |
| | Chad A. David |
| | Attorneys for Plaintiffs |
| | KEVIN SCOTT and |
| | JACQIE SCOTT |
| | |
| Dated: January 19, 2022 | BRAVO LAW GROUP, A.P.C. |
| | |
| | */S/ Dolores E. Gonzales (as authorized on 01/19/22)* |
| | _____ |
| | Dolores E. Gonzales |
| | James R. Robertson |
| | Attorneys for Defendant |
| | JAYCO INC. |